# EXHIBIT A

**Related Searches**

Plain english kitche...
Romeo juliet
Julius caesar
Thich nhat hanh
Bill of rights for d...
Mindfulness exercise...
All 27 amendments
Free copy of robert'...

**Nearby Words**

in pipeline
in place
in place of
**in plain englis...**
in play
in pocket
in point

');

# in plain english

Like +1

Ads

[Free Online Dictionary](www.definitionbuddy.com/)
www.definitionbuddy.com/
Find Definitions To Any Word Fast & Free w/ Dictionary Toolbar!

[Translation](www.translationbuddy.com/)
www.translationbuddy.com/
One-click Translations In 50+ Languages. Always Free-Try Now!

## Idioms & Phrases

**in plain English**

In clear, straightforward language, as in The doctor's diagnosis was too technical; please tell us what he meant in plain English . [c. 1500] Also see in so many words.

The American Heritage® Dictionary of Idioms by Christine Ammer.
Copyright © 1997. Published by Houghton Mifflin.
Cite This Source

### Explore Dictionary.com

Previous Definition: **in place of**

Next Definition: **in play**

Words Near: **in plain english**

### More from Thesaurus.com

Synonyms and Antonyms for **in plain english**

### More from Reference.com

Search for articles containing **in plain english**

### More from Dictionary.com Translator

Translate **in plain english into French**

Translate **in plain english into German**

Translate **in plain english into Italian**

Translate **in plain english into another language**

### Relevant Questions

How To Do Matrices In Pl...
What Is A Corollary In M...
What Is Plain English?
Why Is Plain English Use...

**In plain english** is always a great word to know. 00:10
So is **interrobang**. Does it mean:

- a scrap or morsel of food left at a meal.
- a printed punctuation mark ( ), available only in some typefaces, designed to combine the question mark (?) and the exclamation point (!), indicating a mixture of query and interjection, as after a rhetorical question.

LEARN MORE UNUSUAL WORDS WITH WORD DYNAMO...

### Matching Quote

*"With wonderful art he grinds into paint for his picture all his moods and experiences, so that all his forces may be brought to the encounter. Apparently writing without a particular design or responsibility, setting down his soliloquies from time to time, taking advantage of all his humors, when at length the hour comes to declare himself, he puts down in plain English, without quotation marks, what he, Thomas Carlyle, is ready to defend in the face of the world."*

-Henry David Thoreau

MORE

');

Remove ads like these. Upgrade now!

### Idioms & Phrases

in so many words

MORE

');

EXHIBIT A

Page 1 of 1

