# EXHIBIT B

 The Library of Congress      >> Go to Library of Congress Authorities 

# LIBRARY OF CONGRESS ONLINE CATALOG

| Help 🛈 | New Search | Search History | Headings List | Titles List | Request an Item | Account Info | Start Over |

Try the new version: **Library of Congress Online Catalog**

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED**: Title Keyword = "in plain English"
**SEARCH RESULTS**: Displaying 1 through 100 of 238.

◀ **Previous**   1 101 201   **Next** ▶

Sort by: Relevance ▾      [ Add Limits to Search Results ]

| # | Relevance | Name: Main Author, Creator, etc. | Full Title | Date |
|---|---|---|---|---|
| ☐ [1] | ✿✿✿✿✿ | Kuiper, Dick. | Those idiots in the computer room : computer myth-conceptions spelled out in plain English / by Dick Kuiper. | 1992 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms - STORED OFFSITE | CALL NUMBER: QA76.5 .K7787 1992 LANDOVR | |
| ☐ [2] | ✿✿✿✿✿ | Dale, Alan T. | Winding quest: the heart of the Old Testament in plain English, by Alan T. Dale [colour illustrations by Geoffrey Crabbe] | 1972 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: BS1197 .D28 | |
| ☐ [3] | ✿✿✿✿✿ | Overland, Brian R. | Java in plain English / Brian Overland. | 1997 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms - STORED OFFSITE | CALL NUMBER: QA76.73.J38 O83 1997 LANDOVR | |
| ☐ [4] | ✿✿✿✿✿ | Overland, Brian R. | C++ in plain English / Brian Overland. | 1996 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| ☐ [5] | ✿✿✿✿✿ | De Mente, Boye | Chinese in plain English / Boye Lafayette De Mente. | 1995 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: PL1125.E6 D38 1995 | |
| ☐ [6] | ✿✿✿✿✿ | | Webster's New World office professional's handbook / prepared under the editorial supervision of In Plain English, Inc. | 1996 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| ☐ [7] | ✿✿✿✿✿ | Reichard, Kevin. | UNIX in plain English / Kevin Reichard and Eric F. Johnson. | 1994 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| ☐ [8] | ✿✿✿✿✿ | Pfaffenberger, Bryan, 1949- | Internet in plain English / Bryan Pfaffenberger. | 1994 |

SELECT TITLE FOR HOLDINGS INFORMATION

| | | | | |
|---|---|---|---|---|
| [9] | | Heinlen, Bill. | Celestial navigation in plain English / by Bill Heinlen. | 1990 |
| | | LIBRARY OF CONGRESS HOLDINGS INFORMATION NOT AVAILABLE | | |
| [10] | | | Webster's New World secretarial handbook / prepared under the editorial supervision of In Plain English, Inc. | 1989 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [11] | | Head, George O., 1945- | AutoLISP in plain English : a practical guide for non-programmers / George O. Head. | 1987 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [12] | | Fierro, Robert Daniel. | Tax shelters in plain English : new strategies for the 1980s / by Robert Daniel Fierro. | 1981 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [13] | | Hamill, Ann D'Onofrio. | Typing in plain English / Ann D'Onofrio Hamill, Gerald Bober ; [ill. by Bert Schneider]. | 1975 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: Z49 .H24 1976 | |
| [14] | | Drucker, William. | SAT I : the answer key in plain English / by William Drucker. | 1999 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: LB2353.57 .D78 1999 | |
| [15] | | DuBoff, Leonard D. | Law (in plain English) for galleries / Leonard D. DuBoff. | 1999 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [16] | | DuBoff, Leonard D. | Law (in plain English) for crafts / Leonard D. Duboff. | 1999 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [17] | | Augello, William J. | Freight claims in plain english / by William J. Augello & George Carl Pezold ; Canadian annotations by Catherine A. Pawluch & Christine E. Hart. | 1995 |
| | | ACCESS: Law Library Reading Room (Madison, LM201) | CALL NUMBER: KF2190 .A97 1995 | |
| [18] | | Pfaffenberger, Bryan, 1949- | PCs in plain English / Bryan Pfaffenberger. | 1995 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [19] | | Martineau, Robert J. | Drafting legislation and rules in plain English / by Robert J. Martineau. | 1991 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [20] | | Joseph, Joel D. | Legal agreements in plain English / Joel D. Joseph and Jeffrey Hiller. | 1982 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [21] | | Roberts, Ralph, 1945- | Genealogy via the Internet : tracing your family roots quickly and easily : computerized genealogy in plain English / Ralph Roberts. | 1998 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [22] | | Reichard, Kevin. | | 1997 |

| | | | | |
|---|---|---|---|---|
| | | | UNIX in plain English / Kevin Reichard, Eric Foster-Johnson. | |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 23 ] | | Volkerding, Patrick. | Linux in plain English / Patrick Volkerding & Kevin Reichard. | 1997 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 24 ] | | Nimersheim, Jack. | Windows 3.1 / Jack Nimersheim. | 1993 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: QA76.76.W56 N565 1993 | |
| [ 25 ] | | Head, George, 1945- | AutoLISP in plain English : a practical guide for non-programmers : for releases 10, 11, and 12 / George O. Head. | 1992 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 26 ] | | Butkus, Chuck. | QuickBASIC in plain English / Chuck Butkus. | 1990 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 27 ] | | Fierro, Robert Daniel. | Tax shelters in plain English / by Robert Daniel Fierro ; Paul H. Gross, editor. | 1978 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 28 ] | | Roberts, Press. | Transits in plain English / by Press and Ima Roberts. | 1974 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: BF1724 .R6 | |
| [ 29 ] | | Garner, Bryan A. | Securities disclosure in plain English / Bryan A. Garner. | 1999 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 30 ] | | Eddy, Sandra E. | XML in plain English / Sandra E. Eddy. | 1998 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 31 ] | | Naggar, David. | Music business : (explained in plain English) : what every artist & songwriter should know to avoid getting ripped off! / David Naggar, Jeffrey D. Brandstetter. | 1995 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 32 ] | | DuBoff, Leonard D. | Law (in plain English) for health care professionals / Leonard D. DuBoff ; foreword by Kirk Johnson. | 1993 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 33 ] | | Rohse, Mitch, 1943- | Land-use planning in Oregon : a no-nonsense handbook in plain English / Mitch Rohse. | 1987 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: HD211.O7 R64 1987 | |
| [ 34 ] | | Diamond, Harriet. | Grammar in plain English / by Harriet Diamond and Phyllis Dutwin. | 1977 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms - STORED OFFSITE | CALL NUMBER: PE1112 .D48 LANDOVR | |
| [ 35 ] | | Nagy, Thomas F. | Ethics in plain English : an illustrative casebook for psychologists / by Thomas F. Nagy. | 1999 |

EXHIBIT B
Page 3 of 23

|  |  |  | SELECT TITLE FOR HOLDINGS INFORMATION |  |
|---|---|---|---|---|
| [ 36 ] | | London, Sheldon I. | How to comply with federal employee laws : a complete guide for employers written in plain English / Sheldon I. London. | 1998 |
|  |  |  | SELECT TITLE FOR HOLDINGS INFORMATION |  |
| [ 37 ] | | Zimmerman, Doris P., 1931- | Robert's Rules in plain English / Doris P. Zimmerman. | 1997 |
|  |  |  | SELECT TITLE FOR HOLDINGS INFORMATION |  |
| [ 38 ] | | Diamond, Harriet. | Grammar in plain English / by Harriet Diamond and Phyllis Dutwin. | 1997 |
|  |  |  | SELECT TITLE FOR HOLDINGS INFORMATION |  |
| [ 39 ] | | Taigman, Mike. | Taigman's advanced cardiology : (in plain English) / Syd Canan, Charly D. Miller, Mike Taigman. | 1995 |
|  |  | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: RC675 .T34 1995 | |
| [ 40 ] | | Head, George O., 1945- | AutoLISP in plain English : a practical guide for non-programmers / George O. Head. | 1995 |
|  |  |  | SELECT TITLE FOR HOLDINGS INFORMATION |  |
| [ 41 ] | | DuBoff, Leonard D. | Law (in plain English) for writers / Leonard D. DuBoff ; [foreword by Jean M. Auel]. | 1992 |
|  |  |  | SELECT TITLE FOR HOLDINGS INFORMATION |  |
| [ 42 ] | | Block, Winston J. | Ins and outs of Illinois divorce law in plain English / by Winston J. Block. | 1988 |
|  |  |  | SELECT TITLE FOR HOLDINGS INFORMATION |  |
| [ 43 ] | | Head, George O., 1945- | AutoLISP in plain English : a practical guide for non-programmers / George O. Head. | 1989 |
|  |  | ACCESS: Jefferson or Adams Building Reading Rooms - STORED OFFSITE | CALL NUMBER: QA76.73.A84 H42 1989 FT MEADE | |
| [ 44 ] | | Diamond, Harriet. | Grammar in plain English / by Harriet Diamond and Phyllis Dutwin. | 1989 |
|  |  | ACCESS: Jefferson or Adams Building Reading Rooms - STORED OFFSITE | CALL NUMBER: PE1112 .D48 1989 LANDOVR | |
| [ 45 ] | | Brightman, Harvey J. | Statistics in plain English / Harvey J. Brightman. | 1986 |
|  |  | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: QA276.12 .B75 1986 | |
| [ 46 ] | | Nicks, Archie M. | Practice of medicine in plain English [microform] : prepared expressly for the use and benefit of families / by A.M. Nicks. | 1892 |
|  |  | ACCESS: Microform Reading Room (Jefferson, LJ139B) | CALL NUMBER: Microfilm 84/6098 (R) | |
| [ 47 ] | | Walters, Barry. | Groundwork in plain English: an English course for junior secondary schools. | 1974 |

| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms - STORED OFFSITE | | CALL NUMBER:<br>PE1112 .W26<br>LANDOVR |
|---|---|---|---|---|
| [ 48 ] | | | "Plain English" in plain English : September 15, 1998 : an ABA satellite seminar / sponsored by the American Bar Association, Section of Business Law, Center for Continuing Legal Education, [and] the American Society of Corporate Secretaries. | 1998 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 49 ] | | DuBoff, Leonard D. | Law (in Plain English) for photographers / Leonard D. DuBoff. | 1995 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 50 ] | | Pfaffenberger, Bryan, 1949- | Internet in plain English / by Bryan Pfaffenberger. | 1996 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 51 ] | | Schulman, Robert S. | Statistics in plain English : with computer applications / Robert S. Schulman. | 1992 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 52 ] | | DuBoff, Leonard D. | Law (in plain English) for writers / Leonard D. DuBoff. | 1987 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 53 ] | | Pierce, R. V. (Ray Vaughn), b. 1840. | People's common sense medical adviser in plain English, or, Medicine simplified / by R.V. Pierce. | 1895 |
| | | LIBRARY OF CONGRESS HOLDINGS INFORMATION NOT AVAILABLE | | |
| [ 54 ] | | Silk, Leonard Solomon, 1918- | Economics in plain English / Leonard Silk. | 1986 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 55 ] | | DuBoff, Leonard D. | Law (in plain English) for craftspeople / Leonard D. Duboff ; with Michael Scott, editor. | 1984 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 56 ] | | Bookspan, Jolie. | Health & fitness in plain English / Jolie Bookspan. | 1998 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 57 ] | | Huebsch, Bill. | Vatican II in plain English / by Bill Huebsch. | 1997 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | | CALL NUMBER:<br>BX830 1962 .H784 1997 |
| [ 58 ] | | Overland, Brian R. | Java in plain English / Brian Overland. | 1996 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 59 ] | | Nimersheim, Jack. | Microsoft's Windows 95 : explanations you can understand and use! Tips that save you time and aggravation! Expert help in plain English! / Jack Nimersheim. | 1996 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 60 ] | | Overland, Brian R. | C in plain English / Brian Overland. | 1995 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |

EXHIBIT B
Page 5 of 23

| | | | | |
|---|---|---|---|---|
| [61] | | Nimersheim, Jack. | DOS : includes DOS 6.0 / Jack Nimersheim. | 1993 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [62] | | Gunaratana, Henepola, 1927- | Mindfulness in plain English / Henepola Gunaratana. | 1993 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: BQ5630.V5 G86 1993 | |
| [63] | | Head, George O., 1945- | AutoLISP in plain English : a practical guide for non-progammers : for releases 10 and 11 / George O. Head. | 1990 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [64] | | DuBoff, Leonard D. | Law (in plain English) for small businesses / Leonard D. DuBoff. | 1987 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [65] | | Block, Winston J. | Ins and outs of Illinois divorce law in plain English / by Winston J. Block. | 1976 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [66] | | Overland, Brian R. | Visual Basic 6 in plain English / Brian Overland. | 1999 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: QA76.73.B3 O94 1999 | |
| [67] | | Lahti, N. E. | Language of art from A to Z : writ in plain English / N.E. Lahti. | 1997 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [68] | | Brown, David, 1944 Feb. 8- | Introduction to object-oriented analysis : objects in plain English / David Brown. | 1997 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: QA76.9.O35 B76 1997 | |
| [69] | | Moskowitz, Robert. | Small business computer book : a guide in plain English / Robert K. Moskowitz. | 1993 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [70] | | DuBoff, Leonard D. | Law (in plain English) for craftspeople / Leonard D. DuBoff. | 1993 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [71] | | DuBoff, Leonard D. | Business forms and contracts (in plain English) for craftspeople / Leonard D. DuBoff. | 1993 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [72] | | Righetti, Maggie. | Knitting in plain English / Maggie Righetti. | 1986 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: TT820 .R54 1986 | |
| [73] | | DuBoff, Leonard D. | Business forms and contracts (in plain English) for craftspeople / Leonard D. DuBoff. | 1986 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [74] | | Augello, William J. | Transportation insurance in plain English, or, So you think your freight is insured! / by William J. Augello. | 1985 |

| | | ACCESS:<br>Law Library Reading Room (Madison, LM201) | CALL NUMBER:<br>KF1192 .A98 1985 | |
|---|---|---|---|---|
| [75] | | Roberts, Press. | Signs and parts in plain English / by Press & Ima Roberts, Don Borkowski. | 1976 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>BF1726 .R6 1976 | |
| [76] | | Dale, Alan T. | New world; the heart of the New Testament in plain English, by Alan T. Dale. | 1973 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>BS2095 .D3 1973 | |
| [77] | | Reichard, Kevin. | UNIX in plain English / Kevin Reichard, Eric Foster-Johnson. | 1999 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [78] | | DuBoff, Leonard D. | Law (in plain English) for small businesses / Leonard D. DuBoff. | 1998 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [79] | | Brightman, Harvey J. | Data analysis in plain English with Microsoft Excel / Harvey J. Brightman. | 1999 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [80] | | Warren, Roxy A. | Haircoloring in plain English / by Roxy A. Warren. | 1999 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [81] | | Townsend, Andrew, 1950- | Multiplan in plain English / by Andrew Townsend. | 1985 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>HF5548.4 .M74 T68 1985 Overflow | |
| [82] | | Felsenfeld, Carl. | Writing contracts in plain English / by Carl Felsenfeld and Alan Siegel. | 1981 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [83] | | Wincor, Richard. | Contracts in plain English / Richard Wincor. | 1976 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [84] | | Griffith, Arthur. | Cobol Y2K in plain English / Arthur Griffith. | 1999 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [85] | | Eddy, Sandra E. | HTML in plain English / Sandra Eddy. | 1998 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [86] | | Eddy, Sandra E. | HTML in plain English / Sandra E. Eddy. | 1997 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [87] | | O'Conner, Patricia T. | Woe is I : the grammarphobe's guide to better English in plain English / Patricia T. O'Conner. | 1996 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [88] | | DuBoff, Leonard D. | Law (in plain English) for art and craft galleries / Leonard D. DuBoff. | 1993 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |

Case 3:13-cv-00436-SI     Document 6-2     Filed 04/15/13     Page 9 of 24

| | | | | |
|---|---|---|---|---|
| ☐ [ 89 ] | 🌻🌻🌻🌻🌻 | Fara, Christopher. | DOS 5 commander : complete MS-DOS version 5 in plain English / Christopher Fara. | 1991 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>QA76.76.O63 F358 1991 | |
| ☐ [ 90 ] | 🌻🌻🌻🌻🌻 | Righetti, Maggie. | Sweater design in plain English / Maggie Righetti ; original sketches by Maggie Righetti ; redrawn by John Yates. | 1990 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| ☐ [ 91 ] | 🌻🌻🌻🌻🌻 | De Mente, Boye. | Korean in plain English / Boye De Mente. | 1988 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>PL913 .D4 1988 | |
| ☐ [ 92 ] | 🌻🌻🌻🌻🌻 | De Mente, Boye. | Japanese in plain English / Boye De Mente. | 1987 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>PL539 .D438 1987 | |
| ☐ [ 93 ] | 🌻🌻🌻🌻🌻 | Joseph, Joel D. | Employees' rights in plain English. | 1985 |
| | | ACCESS:<br>Law Library Reading Room (Madison, LM201) | CALL NUMBER:<br>KF3319.6 .J67 1985 | |
| ☐ [ 94 ] | 🌻🌻🌻🌻🌻 | Fierro, Robert Daniel. | Tax shelters in plain English : new strategies for the 1980s / by Robert Daniel Fierro. | 1983 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| ☐ [ 95 ] | 🌻🌻🌻🌻🌻 | Augello, William J. | Freight claims in plain English / William J. Augello. | 1979 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| ☐ [ 96 ] | 🌻🌻🌻🌻🌻 | Silk, Leonard Solomon, 1918- | Economics in plain English : all you need to know about economics--in language anyone can understand / Leonard Silk. | 1978 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| ☐ [ 97 ] | 🌻🌻🌻🌻🌻 | Virginius, pseud. | Political truth: or, An examination of a case, right against law, told in plain English, concerning the laws of Virginia against gaming: with sundry general observations, shewing things as they are, and man as he is. By Virginius. | 1800 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| ☐ [ 98 ] | 🌻🌻🌻🌻🌻 | Parsons, G. W. [from old catalog] | Common sense prescriptions, in plain English. | 1892 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>RS127 .P3 | |
| ☐ [ 99 ] | 🌻🌻🌻🌻🌻 | Pierce, Ray Vaughn, 1840- [from old catalog] | People's common sense medical adviser in plain English. | 1935 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>RC81 .P62 1935 | |
| ☐ [ 100 ] | 🌻🌻🌻🌻🌻 | Pierce, Ray Vaughn, 1840- [from old catalog] | People's common sense medical adviser in plain English. | 1917 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>RC81 .P62 1917 | |

Case 3:13-cv-00436-SI    Document 6-2    Filed 04/15/13    Page 10 of 24

| Clear Marked Records | Retain Marked Records |
|---|---|

◀ **Previous**  1 101 201  **Next** ▶

| Save, Print or Email Records (View **Help**) | |
|---|---|
| **Select Records** | **Select Text or MARC Format:**<br>Text (Brief Information) ▼  Press to SAVE or PRINT |
| ○ All (this page only)<br>◉ Selected (this page only)<br>○ Selected (across pages) | **Email Text (Full Info) to:**<br>[            ]  Press to SEND EMAIL |

Help - Search - History - *Headings* - **Titles** - *Request* - Account - Exit



**The Library of Congress**
URL:

http://www.loc.gov/
*Mailing Address:*
101 Independence Ave, S.E.
Washington, DC 20540

**Catalog/authority record errors?**
Use our Error Report Form
**Questions about searching?**
Ask a Librarian

**Library of Congress Online Catalog**
*URL:* http://catalog.loc.gov/
**Library of Congress Authorities**
*URL:* http://authorities.loc.gov/

 The Library of Congress                >> Go to Library of Congress Authorities

 LIBRARY OF CONGRESS ONLINE CATALOG

| Help ⓘ | New Search | Search History | Headings List | Titles List | Request an Item | Account Info | Start Over |

Try the new version: **Library of Congress Online Catalog**

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED**: Title Keyword = "in plain English"
**SEARCH RESULTS**: Displaying 101 through 200 of 238.

◀ **Previous** 1 101 201 **Next** ▶

Sort by: [Relevance ▾]                    [ Add Limits to Search Results ]

| # | Relevance | Name: Main Author, Creator, etc. | Full Title | Date |
|---|---|---|---|---|
| ☐ [ 101 ] | ✿✿✿✿✿ | Stanton, Henry. | Sex; avoided subjects discussed in plain English, by Henry Stanton. | 1922 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| ☐ [ 102 ] | ✿✿✿✿✿ | Pierce, Ray Vaughn, 1840- [from old catalog] | People's common sense medical adviser in plain English; | 1909 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | | CALL NUMBER: RC81 .P62 1909 |
| ☐ [ 103 ] | ✿✿✿✿✿ | Pierce, R. V. (Ray Vaughn), b. 1840. | People's common sense medical adviser in plain English: or, Medicine simplified. By R. V. Pierce ... | 1886 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | | CALL NUMBER: RC81 .P62 1886 |
| ☐ [ 104 ] | ✿✿✿✿✿ | Wright, Mabel Osgood, 1859-1934. | Citizen bird: scenes from bird-life in plain English for beginners. by Mabel Osgood Wright and Elliott Coues. With one hundred and eleven illustrations by Louis Agassiz Fuertes. | 1897 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| ☐ [ 105 ] | ✿✿✿✿✿ | Moreton, David Penn, 1882- [from old catalog] | Practical applied electricity; a book in plain English for the practical man. | 1927 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | | CALL NUMBER: TK146 .M7 1927 |
| ☐ [ 106 ] | ✿✿✿✿✿ | Hopp, Adolf. | Estimating sheet metal work; tells in plain English how to figure the proper sizes of articles, how to take off the material required from the plans of any sheet metal job, how to buy material and cut it to advantage for different work, how to figure the | 1922 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| ☐ [ 107 ] | ✿✿✿✿✿ | | Practice of medicine in plain English ... | 1892 |

| | | | | |
|---|---|---|---|---|
| | | Nicks, Archie M. [from old catalog] | | |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: RC81 .N63 | |
| [ 108 ] | | Nimersheim, Jack. | Microsoft's Word 6.0 : features Microsoft's Windows 95 : explanations you can understand and use! Tips that save you time and aggravation! Expert help in plain English! / Jack Nimersheim. | 1995 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: Z52.5.M523 N56 1995 | |
| [ 109 ] | | Augello, William J. | Transportation contracts in plain English / by William J. Augello and Stanley Hoffman. | 1991 |
| | | ACCESS: Law Library Reading Room (Madison, LM201) | CALL NUMBER: KF1091 .A98 | |
| [ 110 ] | | DuBoff, Leonard D. | Law (in plain English) for small businesses / Leonard D. DuBoff. | 1991 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 111 ] | | Righetti, Maggie. | Crocheting in plain English / Maggie Righetti. | 1988 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 112 ] | | Tartaglia, Gary, 1948- | Computers in plain English : everything you need to know about computers-- in language anyone can understand / Gary Tartaglia. | 1985 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms - STORED OFFSITE | CALL NUMBER: QA76 .T315 1985 FT MEADE | |
| [ 113 ] | | Pierce, Ray Vaughn, 1840- [from old catalog] | People's common sense medical adviser in plain English. | 1876 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: RC81 .P62 1876 | |
| [ 114 ] | | Pierce, Ray Vaughn, 1840- [from old catalog] | People's common sense medical adviser in plain English, | 1875 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: RC81 .P62 1875 | |
| [ 115 ] | | Pierce, Ray Vaughn, 1840- [from old catalog] | People's common sense medical adviser in plain English; | 1883 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: RC81 .P62 1883 | |
| [ 116 ] | | Sadler, William S. (William Samuel), 1875-1969. | Mental mischief and emotional conflicts; psychiatry and psychology in plain English... | 1947 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: RA790 .S28 | |
| [ 117 ] | | | | |

EXHIBIT B
Page 11 of 23

| | | | | |
|---|---|---|---|---|
| | | Metropolitan Life Insurance Company. | How to take out your second, or citizen papers, by Michael Kley; an easy book in plain English for the coming citizen ... | |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 118 ] | | Linton, Henry Howard, 1871-1940. | Studies in comparative religion: Salvation in plain English, Linguistic progress the root of theology, Linguistic disguises of universal religion, Culmination of Biblical values through comparative religion [by] Henry Howard Linton [pseud.] | 1914 |
| | | ACCESS: Online | CALL NUMBER: Electronic Resource | |
| [ 119 ] | | Pierce, Ray Vaughan, 1840- [from old catalog] | People's common sense medical adviser in plain English; | 1895 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 120 ] | | Philomène, pseud. | French family cooking in plain English; a selection of the recipes of Philomène. Translated from the French by Sheila Steen. Introd. by Sheila Hutchins. | 1958 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: TX719 .P5 | |
| [ 121 ] | | Metropolitan Life Insurance Company. | How to take out your first papers, by Michael Kley; an easy book in plain English for the coming citizen ... | 1921 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 122 ] | | Isrig, L. [from old catalog] | Isrig's common sense magnetic adviser in plain English. | 1901 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: RM906 .I7 | |
| [ 123 ] | | | New Testament : a new translation in plain English / by Charles Kingsley Williams. | 1963 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 124 ] | | Pierce, Ray Vaughn, 1840- [from old catalog] | People's common sense medical adviser in plain English. | 1918 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: RC81 .P62 1918 | |
| [ 125 ] | | Whitworth, Albert James, 1858- | Hot Springs specialist, by A. J. Whitworth ... assisted by J. M. Byrd ... giving, in plain English, the treatment and prescriptions in full, used for many years by these two physicians and surgeons: the knowledge gained by experience in their life-time st | 1913 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: RS127 .W6 | |
| [ 126 ] | | Edwards, Stanley Richard, 1879- | Inspector and the troubleman, by Stanley R. Edwards and A.E. Dobbs; a comprehensive explanation in plain English of magneto exchanges, line construction, telephone troubles, and the theory of electricity as applied to telephony ... | 1913 |

SELECT TITLE FOR HOLDINGS INFORMATION

| [ 127 ] | | Pierce, Ray Vaughn, 1840- [from old catalog] | People's common sense medical adviser in plain English. | 1875 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | | CALL NUMBER: RC81 .P62 1875a |

| [ 128 ] | | Burton, Thomas Campbell, 1894- [from old catalog] | Quickhand; natural shorthand in plain English for everybody. | 1953 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | | CALL NUMBER: Z56 .B969 |

| [ 129 ] | | | PC novice learning series. | 1995 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |

| [ 130 ] | | | Troubleshooting / by PC novice/Smart computing in plain English. | 19uu |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |

| [ 131 ] | | | Smart computing in plain English. | 1997 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |

| [ 132 ] | | | Maximize presents practical Windows : tips & tools in plain English. | 1997 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | | CALL NUMBER: QA76.76.W56 M514 |

| [ 133 ] | | | Davis Stirling Act in plain English. | 1995 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |

| [ 134 ] | | | PC novice. | 1990 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | | CALL NUMBER: QA76.5 .P364 |

| [ 135 ] | | | Children's simplified New Testament in plain English for today's reader. | 1962 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | | CALL NUMBER: BS2097 .N6 1962 |

| [ 136 ] | | | Simplified New Testament in plain English for today's reader. | 1961 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | | CALL NUMBER: BS2095 .N58 |

| [ 137 ] | | Moreton, David Penn, 1882- | Practical applied electricity; a book in plain English, for the practical man. Theory, practical applications and examples, by David Penn Moreton. | 1911 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |

| [ 138 ] | | Sala, George Augustus, 1828-1895. | Strange adventures of Captain Dangerous. A narrative in plain English, attempted by George Augustus Sala. | 1863 |

EXHIBIT B

Page 13 of 23

|  |  |  | ACCESS:<br>Jefferson or Adams Building Reading Rooms - STORED OFFSITE | CALL NUMBER:<br>PZ3.S16 St FT MEADE |
|---|---|---|---|---|
| [ 139 ] |  | Pierce, Ray Vaughn, 1840-[from old catalog] | People's common sense medical adviser in plain English. | 1876 |
|  |  |  | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>RC81 .P62 1876 |
| [ 140 ] |  | Pierce, Ray Vaughn, 1840-[from old catalog] | People's common sense medical adviser in plain English. | 1880 |
|  |  |  | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>RC81 .P62 1880 |
| [ 141 ] |  | Hamilton, Sam. | Civil air regulations in plain English for all pilots. | 1957 |
|  |  | SELECT TITLE FOR HOLDINGS INFORMATION |  |  |
| [ 142 ] |  | Natural health association, New York. | Building health; the truth in plain English; the bible of the body, including articles based on data obtained from the U. S. government health service and the recent discoveries of the most prominent scientists, medical doctors, and physical culturists. | 1929 |
|  |  |  | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>RA776 .N37 |
| [ 143 ] |  | Moreton, David Penn, 1882- | Electrical measurements and meter testing; a book in plain English for the student and practical man--fundamental theory, practical applications and examples, by David Penn Moreton ... | 1915 |
|  |  | SELECT TITLE FOR HOLDINGS INFORMATION |  |  |
| [ 144 ] |  | Eden, Timothy, 1959- | Active Server Pages in plain English / Timothy Eden, Patricia Hartman. | 2001 |
|  |  |  | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>TK5105.8885.A26 E34 2001 |
| [ 145 ] |  |  | A+ style manual for legal writing in plain English / staff of Research & Education Association ; Carl Fuchs, program director. | 2001 |
|  |  |  | ACCESS:<br>Law Library Reading Room (Madison, LM201) | CALL NUMBER:<br>KF250 .A212 2001 |
| [ 146 ] |  | Overland, Brian R. | Java 2 in plain English / Brian Overland and Michael Morrison. | 2001 |
|  |  |  | ACCESS:<br>Jefferson or Adams Building Reading Rooms - STORED OFFSITE | CALL NUMBER:<br>QA76.73.J38 O83 2001 LANDOVR |
| [ 147 ] |  | Overland, Brian R. | C++ in plain English / Brian Overland. | 2001 |
|  |  |  | ACCESS:<br>Jefferson or Adams Building Reading Rooms - STORED OFFSITE | CALL NUMBER:<br>QA76.73.C153 O835 2001 LANDOVR |
| [ 148 ] |  | Frostick, Xenia. | Pensions law in plain English / Xenia Frostick ; foreword by Ann Robinson. | 1999 |

EXHIBIT B
Page 14 of 23

| | | ACCESS:<br>Law Library Reading Room (Madison, LM201) | | CALL NUMBER:<br>KD3132 .F76 1999 |
|---|---|---|---|---|
| [ 149 ] | | | Smart computing in plain English. Learning series. | uuuu |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 150 ] | | Urdan, Timothy C. | Statistics in plain English / by Timothy C. Urdan. | 2001 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | | CALL NUMBER:<br>QA276.12 .U75 2001 |
| [ 151 ] | | Garner, Bryan A. | Legal writing in plain English : a text with exercises /<br>Bryan A. Garner. | 2001 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 152 ] | | | Computing book of tips / by PC novice/Smart computing<br>in plain English. | 1998 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | | CALL NUMBER:<br>QA75.5. C61138 |
| [ 153 ] | | Eddy, Sandra E. | XHTML in plain English / Sandra E. Eddy. | 2000 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | | CALL NUMBER:<br>QA76.76.H94 E35 2000 |
| [ 154 ] | | Eddy, Sandra E. | XML in plain English / Sandra E. Eddy with B.K. Long. | 2001 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | | CALL NUMBER:<br>QA76.76.H94 E33 2001 |
| [ 155 ] | | Czerner, Thomas B., 1938- | What makes you tick? : the brain in plain English /<br>Thomas B. Czerner. | 2001 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 156 ] | | Naggar, David. | Music business : explained in plain English : what every<br>artist and songwriter should know to avoid getting ripped<br>off! / David Naggar. | 2000 |
| | | ACCESS:<br>Performing Arts Reading Room (Madison, LM113) | | CALL NUMBER:<br>ML3790 .N26 2000 |
| [ 157 ] | | Macris, Natalie. | Planning in plain English : writing tips for urban and<br>environmental planners / Natalie Macris. | 2000 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 158 ] | | Overland, Brian R. | C++ in plain English / Brian Overland. | 1999 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 159 ] | | | Davis Stirling Act in plain English. | 1995 |
| | | LIBRARY OF CONGRESS HOLDINGS INFORMATION NOT AVAILABLE | | |
| [ 160 ] | | DuBoff, Leonard D. | Law (in plain English) for small business / Leonard D.<br>DuBoff. | 2004 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 161 ] | | DuBoff, Leonard D. | Law (in plain english)? for writers / Leonard D. DuBoff,<br>Bert P. Krages. | 2004 |
| | | LIBRARY OF CONGRESS HOLDINGS INFORMATION NOT AVAILABLE | | |
| | | Huebsch, Bill. | Getting to know the Bible in plain English / Bill Huebsch. | 2004 |

EXHIBIT B
Page 15 of 23

| | | |
|---|---|---|
| [162] | | LIBRARY OF CONGRESS HOLDINGS INFORMATION NOT AVAILABLE |

| [163] | Kuhn, Jeffrey S. | Rules of golf in plain English / Jeffrey S. Kuhn & Bryan A. Garner. | 2004 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | |

| [164] | Oliphant, Wayne. | Bible stories for grownups : stories from the Bible in plain english / Wayne Oliphant. | 2002 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>BS550.3 .O45 2002 |

| [165] | Huebsch, Bill. | Whole community catechesis in plain English / Bill Huebsch. | 2002 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>BX1968 .H84 2002 |

| [166] | O'Conner, Patricia T. | Woe is I : the grammarphobe's guide to better English in plain English / Patricia T. O'Conner, | 2003 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | |

| [167] | DuBoff, Leonard D. | High-tech law (in plain English) : an entrepreneur's guide / by Leonard D. DuBoff ; revised with the assistance of Lawrence Alan Locke. | 2002 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | |

| [168] | Gunaratana, Henepola, 1927- | Mindfulness in plain English / Bhante Henepola Gunaratana. | 2002 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | |

| [169] | Bookspan, Jolie. | Health & fitness in plain English / Jolie Bookspan. | 2002 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>RA781 .B66 2002 |

| [170] | DuBoff, Leonard D. | Law (in plain English) for photographers / Leonard DuBoff. | 2002 |
| | | ACCESS:<br>Law Library Reading Room (Madison, LM201) | CALL NUMBER:<br>KF2042.P45 D75 2002 |

| [171] | Buksbazen, John Daishin, 1939- | Zen meditation in plain English / by John Daishin Buksbazen ; foreword by Peter Matthiessen. | 2002 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | |

| [172] | Brown, David, 1944 Feb. 8- | Introduction to object-oriented analysis : objects and UML in plain English / David William Brown. | 2002 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | |

| [173] | Huebsch, Bill. | General directory for catechesis in plain English : a summary and commentary / Bill Huebsch. | 2001 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms - STORED OFFSITE | CALL NUMBER:<br>MLCS 2004/00029 (B) FT MEADE |

| [174] | Snyder, David N., 1962- | Right understanding in plain English : the science of the Buddha's Middle Path / David N. Snyder. | 2000 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER: |

EXHIBIT B
Page 16 of 23



| [175] | | | Getting green dotted : the German recycling law explained in plain English / original edited by David Perchard ; compiled by Michele Raymond. | 1998 |
| | | ACCESS:<br>Law Library Reading Room (Madison, LM201) | | CALL NUMBER:<br>KK6254 .G48 1998 |

| [176] | | Confucius. | Confucius said : quotations of Confucius in plain English and Chinese / Edward Ho & Nickos Lambros ; cover designed by Denny Ho. | 2002 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | | CALL NUMBER:<br>PL2471 .L82 2002 |

| [177] | | DiCairano, Jerry. | FAR's in plain English, 2004 : part 91 subparts A through D / translated from the original legalese by Jerry DiCairano. | 2004 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms - STORED OFFSITE | | CALL NUMBER:<br>MLCS 2006/11558 FT MEADE |

| [178] | | | Tax legislation in plain English / Kleinrock. | 199u |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |

| [179] | | DuBoff, Leonard D. | Law (in plain English) for crafts / Leonard D. DuBoff. | 2005 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |

| [180] | | DuBoff, Leonard D. | Law (in plain English) for writers / Leonard D. DuBoff, Bert P. Krages II. | 2005 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |

| [181] | | Diamond, Harriet. | Grammar in plain English / by Harriet Diamond and Phyllis Dutwin. | 2005 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |

| [182] | | Urdan, Timothy C. | Statistics in plain English / Timothy C. Urdan. | 2005 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |

| [183] | | Nagy, Thomas F. | Ethics in plain English : an illustrative casebook for psychologists / Thomas F. Nagy. | 2005 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |

| [184] | | | Working with PC files : how to organize, store & update data on your PC. | 2003 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms - STORED OFFSITE | | CALL NUMBER:<br>QA76.5 .W624 2003 LANDOVR |

| [185] | | | Smart computing reference series. | 199u |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | | CALL NUMBER:<br>QA 76 .S548 |

| [186] | | | Great Book : the New Testament of our Lord Jesus Christ in Plain English / [International Bible Translators, Inc.]. | 2003 |

EXHIBIT B
Page 17 of 23

| | | | | |
|---|---|---|---|---|
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | | CALL NUMBER:<br>BS2095 .P53 2003 |
| [ 187 ] | | | Windows A-Z : how to install, use, upgrade & troubleshoot Windows. | 2003 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 188 ] | | Wolverton, Susan. | Having visions : the Book of Mormon : translated and exposed in plain English / by Susan Stansfield Wolverton. | 2004 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 189 ] | | Winter, Ruth, 1930 - | Consumer's dictionary of food additives : descriptions in plain English of more than 12,000 ingredients both harmful and desirable found in foods / Ruth Winter. | 2004 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 190 ] | | | PC almanac : the ultimate book of computing : stats & facts. | 2000 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 191 ] | | | Working with PC files : how to organize, store & update data on your PC. | 2001 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms - STORED OFFSITE | | CALL NUMBER:<br>QA76.5 .W624 2001 LANDOVR |
| [ 192 ] | | Franke, Albert W., SRA | USPAP in plain English : A guidebook to the 2006 Uniform Standards of Professional Appraisal Practice for real estate appraisers and clients | 2006 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | | CALL NUMBER:<br>HD1387 .F66 2006 |
| [ 193 ] | | | Qur'ān in plain English : a simple translation for children and young people : the Arabic text with English translation and explanatory notes / [translator], Iman Torres - al Haneef. | 2006 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | | CALL NUMBER:<br>BP129.42.A3 I85 2006 |
| [ 194 ] | | DuBoff, Leonard D. | Law (in plain English) for small business / by Leonard D. DuBoff. | 2007 |
| | | ACCESS:<br>Law Library Reading Room (Madison, LM201) | | CALL NUMBER:<br>KF390.B84 D828 2007 |
| [ 195 ] | | Righetti, Maggie. | Knitting in plain English / Maggie Righetti. | 2007 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 196 ] | | De Mente, Boye. | Korean in plain English / Boye De Mente. | 2007 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | | CALL NUMBER:<br>PL913 .D4 2007 |
| [ 197 ] | | De Mente, Boye. | Japanese in plain English / Boye Lafayette De Mente. | 2007 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 198 ] | | De Mente, Boye. | Chinese in plain English / Boye Lafayette De Mente. | 2007 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |

EXHIBIT B
Page 18 of 23



| | | O'Conner, Patricia T. | Woe is I jr. : the younger grammarphobe's guide to better English in plain English / Patricia T. O'Conner ; drawings by Tom Stiglich. | 2007 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms - STORED OFFSITE | | CALL NUMBER: PE1112 .O277 2007 LANDOVR |
| [ 200 ] | | Zimmerman, Doris P., 1931- | Robert's Rules in plain English / Doris P. Zimmerman. | 2005 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |



[ Clear Marked Records ]   [ Retain Marked Records ]

◀ **Previous** 1 101 201 **Next** ▶

| **Save, Print or Email Records (View Help)** | |
| **Select Records** | **Select Text or MARC Format:** [ Text (Brief Information) ▼ ] [ Press to SAVE or PRINT ] |
| ○ All (this page only) ● Selected (this page only) ○ Selected (across pages) | **Email Text (Full Info) to:** [                    ] [ Press to SEND EMAIL ] |

Help - Search - History - Headings - **Titles** - Request - Account - Exit



**The Library of Congress**
URL:

http://www.loc.gov/
*Mailing Address:*
101 Independence Ave, S.E.
Washington, DC 20540

**Catalog/authority record errors?**
Use our Error Report Form
**Questions about searching?**
Ask a Librarian

**Library of Congress Online Catalog**
*URL:* http://catalog.loc.gov/
**Library of Congress Authorities**
*URL:* http://authorities.loc.gov/

EXHIBIT B
Page 19 of 23

Case 3:13-cv-00436-SI    Document 6-2    Filed 04/15/13    Page 21 of 24



The Library of Congress                                    >> Go to Library of Congress Authorities



# LIBRARY OF CONGRESS ONLINE CATALOG

| Help | New Search | Search History | Headings List | Titles List | Request an Item | Account Info | Start Over |

Try the new version: **Library of Congress Online Catalog**

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED**: Title Keyword = "in plain English"
**SEARCH RESULTS**: Displaying 201 through 238 of 238.

◀ **Previous**  1 101 201  Next ▶

Sort by: Relevance ▼                          Add Limits to Search Results

| # | Relevance | Name: Main Author, Creator, etc. | Full Title | Date |
|---|---|---|---|---|
| [ 201 ] | 🌼🌼🌼🌼🌼 | Butt, Peter. | Modern legal drafting : a guide to using clearer language / Peter Butt and Richard Castle. | 2006 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 202 ] | 🌼🌼🌼🌼🌼 | | Retirement planning in plain english / Kleinrock. | 2005 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: HG179 .R3952 | |
| [ 203 ] | 🌼🌼🌼🌼🌼 | Sharples, Bob, 1944- | Meditation and relaxation in plain English / Bob Sharples. | 2006 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 204 ] | 🌼🌼🌼🌼🌼 | DuBoff, Leonard D. | Law (in plain English) for restaurants, and others in the food industry / Leonard D. DuBoff, Christy O. King. | 2006 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 205 ] | 🌼🌼🌼🌼🌼 | Martineau, Robert J. | Legal, legislative, and rule drafting in plain English / by Robert J. Martineau, Michael B. Salerno. | 2005 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 206 ] | 🌼🌼🌼🌼🌼 | Bonnette, Valerie McMurtie. | Title IX and intercollegiate athletics : how it all works--in plain English / Valerie McMurtie Bonnette ; legal consultant: Mary Sanders von Euler. | 2004 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: GV583 .B58 2004 | |
| [ 207 ] | 🌼🌼🌼🌼🌼 | Urdan, Timothy C. | Statistics in plain English / Tim Urdan. | 2010 |
| | | | LIBRARY OF CONGRESS HOLDINGS INFORMATION NOT AVAILABLE | |
| [ 208 ] | 🌼🌼🌼🌼🌼 | Naggar, David. | Music business : explained in plain English : what every artist and songwriter should know to avoid getting ripped off! / David Naggar. | 2010 |

| | | ACCESS:<br>Performing Arts Reading Room (Madison, LM113) | CALL NUMBER:<br>ML3790 .N26 2010 | |
| [ 209 ] | | Handley, Randy. | Street corner ching : the ancient chinese oracle in plain english / Randy Handley. | 2009 |
| | | LIBRARY OF CONGRESS HOLDINGS INFORMATION NOT AVAILABLE | | |
| [ 210 ] | | O'Conner, Patricia T. | Woe is I : the grammarphobe's guide to better English in plain English / Patricia T. O'Conner. | 2009 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 211 ] | | Gunaratana, Henepola, 1927- | Beyond mindfulness in plain English : an introductory guide to deeper states of meditation / by Bhante Henepola Gunaratana. | 2009 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 212 ] | | Lowry, Raymond W. | Spanish in plain English / Raymond W. Lowry. | 2009 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>PC4445 .L69 2009 | |
| [ 213 ] | | Righetti, Maggie. | Crocheting in plain English / Maggie Righetti. | 2008 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 214 ] | | Franke, Albert W., SRA | USPAP in plain English 2008-2009 : updates from the 2006 edition of the Uniform Standards of Professional Appraisal Practice : new section on Standard 3, appraisal review / by Albert W. Franke III, and John J. Leary. | 2008 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>HD1387 .F66 2008 | |
| [ 215 ] | | Milton, John, 1608-1674. | John Milton's Paradise Lost, in plain English : a simple, line by line translation of the complicated masterpiece / Joseph Lanzara. | 2009 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>PR3561.A1 L36 2009 | |
| [ 216 ] | | DuBoff, Leonard D. | Law (in plain English) for doctors, dentists, and other health professionals / Leonard D. DuBoff and Christy King, and Michael Murray. | 2008 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 217 ] | | Cochran, Craig. | ISO 9001 in plain English / Craig Cochran. | 2008 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>TS156.6 .C63 2008 | |
| [ 218 ] | | Bookspan, Jolie. | Health & fitness in plain English : how to be healthy, happy, and fit for the rest of your life / Jolie Bookspan. | 2008 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |
| [ 219 ] | | Pezold, George Carl. | Freight claims in plain english / by George Carl Pezold & William J. Augello. | 2008 |
| | | ACCESS:<br>Law Library Reading Room (Madison, LM201) | CALL NUMBER:<br>KF2190 .A97 2008 | |
| [ 220 ] | | Kuhn, Jeffrey S. | Rules of golf in plain English / Jeffrey S. Kuhn & Bryan A. Garner. | 2008 |

EXHIBIT B
Page 21 of 23

| | | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | CALL NUMBER:<br>GV971 .K85 2008 |

| [ 221 ] | | | [Book of Psalms in plain English : a contemporary reading of Tehillim / Aaron Lichtenstein.](#) | 2006 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | | CALL NUMBER:<br>BS1424 .L53 2006 |

| [ 222 ] | | Rogers, Lucy. | [It's only rocket science : an introduction in plain English / Lucy Rogers.](#) | 2008 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |

| [ 223 ] | | Garner, Bryan A., | [Legal writing in plain English : a text with exercises / Bryan A. Garner.](#) | 2013 |
| | | LIBRARY OF CONGRESS HOLDINGS INFORMATION NOT AVAILABLE | | |

| [ 224 ] | | Greene, Anne E. | [Writing science in plain English / Anne E. Greene.](#) | 2013 |
| | | LIBRARY OF CONGRESS HOLDINGS INFORMATION NOT AVAILABLE | | |

| [ 225 ] | | Morrow, Thomas G. | [Who's who in heaven : real saints for families in plain English / Fr. Thomas G. Morrow.](#) | 2012 |
| | | LIBRARY OF CONGRESS HOLDINGS INFORMATION NOT AVAILABLE | | |

| [ 226 ] | | Diamond, Harriet. | [Grammar in plain English / by Harriet Diamond and Phyllis Dutwin.](#) | 2012 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | | CALL NUMBER:<br>PE1112 .D48 2012 |

| [ 227 ] | | Hand, William M. | [House surgeon and physician : designed to assist heads of families, travellers, and sea-faring people in discerning, distinguishing, and curing diseases : with concise directions for the preparation and use of a numerous collection of the best American re](#) | 1847 |
| | | ACCESS:<br>Online | | CALL NUMBER:<br>Electronic Resource |

| [ 228 ] | | Gunaratana, Henepola, 1927- | [Four foundations of mindfulness in plain English / Bhante Gunaratana.](#) | 2012 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | | CALL NUMBER:<br>BQ5630.V5 G857 2012 |

| [ 229 ] | | Kuhn, Jeffrey S. | [Rules of golf in plain English / Jeffrey S. Kuhn & Bryan A. Garner.](#) | 2012 |
| | | ACCESS:<br>Jefferson or Adams Building Reading Rooms | | CALL NUMBER:<br>GV971 .K85 2012 |

| [ 230 ] | | Monahan, Christopher. | [Everything guide to algebra : a step-by-step guide to the basics of algebra--in plain English! / Christopher Monahan.](#) | 2011 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |

| [ 231 ] | | Hill, Greg. | [Everything guide to calculus I : a step-by-step guide to the basics of calculus-- in plain English! / Greg Hill.](#) | 2011 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |

| [ 232 ] | | Righetti, Maggie. | [Sweater design in plain English / Maggie Righetti with Terri Shaw.](#) | 2011 |
| | | SELECT TITLE FOR HOLDINGS INFORMATION | | |

EXHIBIT B
Page 22 of 23



| | | Gunaratana, Henepola, 1927- | [Mindfulness in plain English / Bhante Henepola Gunaratana.](#) | 2011 |
|---|---|---|---|---|
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 234 ] | | Benjamin, Amy, 1951- | [Math in plain English : literacy strategies for the mathematics classroom / Amy Benjamin.](#) | 2011 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| [ 235 ] | | | [Book of Psalms in plain English : a contemporary reading of the Hebrew Psalms in English verse / by Aaron Lichtenstein.](#) | 200u |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: BS1424 .L535 2000 | |
| [ 236 ] | | | [Complete guide to medical writing / edited by Mark C. Stuart.](#) | 2007 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: R119 .C59 2007 | |
| [ 237 ] | | Cochran, Craig, 1964- | [Problem solving in plain English / Craig Cochran.](#) | 2010 |
| | | ACCESS: Jefferson or Adams Building Reading Rooms | CALL NUMBER: HD30.29 .C63 2010 | |
| [ 238 ] | | DuBoff, Leonard D. | [Law (in plain English) for photographers / Leonard D. DuBoff and Christy O. King.](#) | 2010 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |

Clear Marked Records    Retain Marked Records

◄ **Previous** 1 101 201 **Next ►**

| Save, Print or Email Records (View Help) | |
|---|---|
| **Select Records** | **Select Text or MARC Format:** Text (Brief Information) ▼   Press to SAVE or PRINT |
| ○ All (this page only) ● Selected (this page only) ○ Selected (across pages) | **Email Text (Full Info) to:** [_____]   Press to SEND EMAIL |

Help - Search - History - Headings - **Titles** - Request - Account - Exit



**The Library of Congress**
URL:

http://www.loc.gov/

*Mailing Address:*
101 Independence Ave, S.E.
Washington, DC 20540

**Catalog/authority record errors?**
Use our Error Report Form
**Questions about searching?**
Ask a Librarian

**Library of Congress Online Catalog**
*URL:* http://catalog.loc.gov/
**Library of Congress Authorities**
*URL:* http://authorities.loc.gov/