# EXHIBIT C

Amazon.com Shopping Cart



**Your Amazon.com** | Today's Deals | Gift Cards | Help



Shop by Department ▼ | Search All ▼ | Hello. **Sign in** Your Account ▼ | Join Prime ▼ | **48** Cart ▼ | Wish List ▼

Your cart is eligible for a financing offer
**No Interest for 12 Months** if paid in full within 12 Months on any purchase totaling $599 or more with the **Amazon.com Store Card**.

Interest will be charged to your account from the purchase date if the promotional balance is not paid in full within 12 months. Subject to credit approval. Minimum monthly payments required.

 Sign up now

✓ Part of your order qualifies for FREE Super Saver Shipping. **What qualifies**
Choose this option at checkout.

Subtotal (48 items): **$2,687.15**
This order contains a gift

[ Proceed to Checkout ]

1-Click ordering is not available for at least one item in your order.

## Shopping Cart

Items to buy now | Price | Quantity

---



**Drafting legal documents in plain english-Guida pratica alla redazione di documenti legali in inglese** - Barbara J. Steadman; **Hardcover**

Condition: Used - Like New
Usually ships in 1 to 3 weeks
Shipped from: Deastore
Gift options not available (Learn more)
Delete · Save for later

$45.06

---



**How to Comply With Federal Employee Laws: A Complete Guide for Employers Written in Plain English** - Sheldon I. London; **Paperback**

Temporarily out of stock. Order now and we'll deliver when available.
Eligible for FREE Super Saver Shipping
This will be a gift (Learn more)
Delete · Save for later

$39.95

---



**Pensions Law in Plain English: Pension Schemes Act 1993 & its Regulations (Palladian Law) (Vol 1)** - Xenia Frostrick; **Paperback**

Temporarily out of stock. Order now and we'll deliver when available.
Eligible for FREE Super Saver Shipping
This will be a gift (Learn more)
Delete · Save for later

$112.00

Saved

---



**Civil Air Regulations in Plain English for All Pilots** - Sam R Hamilton; **Hardcover**

Condition: Used - Good
Only 1 left in stock.
Shipped from: Deedsters Books and Media
Gift options not available (Learn more)
Delete · Save for later

$29.95

---



**Legal Compliance In Plain English (Explains all of the laws pertaining to the jewelry industry.)** - Jewelers Vigilance Committee; **Paperback**

$139.95

Only 5 left in stock.
Shipped from: acfsales
Gift options not available (Learn more)
Delete · Save for later



**Tax Shelters in Plain English. New Strategies for the 1980s** - Penguin (Non-Classics); **Paperback**

$14.00

Condition: Used - Very Good
Only 1 left in stock.
Shipped from: jackalini
Gift options not available (Learn more)
Delete · Save for later



**Becoming Computer-Literate: A Plain-English Guide for Lawyers and Other Legal Professionals** - Carol Woodbury; **Paperback**

$14.08
You save: $25.87 ( 65% )

Condition: Used - Good
Only 1 left in stock.
Shipped from: internationalbooks
Gift options not available (Learn more)
Delete · Save for later



**Minnesota Divorce Revolution: A Plain English Explanation of Current Minnesota Divorce Law** - Jeanette A. Frederickson; **Paperback**

$2.86
You save: $6.09 ( 68% )

Condition: Used - Good
Only 1 left in stock.
Shipped from: betterworldbooks_
Gift options not available (Learn more)
Delete · Save for later



**The 1990-91 Planning Acts: A Plain English Guide with Case Law References** - Derwin Hope; **Hardcover**

$62.47

Condition: Used - Good
Only 2 left in stock.
Shipped from: Phatpocket Bookstore
Gift options not available (Learn more)
Delete · Save for later



**Guardianships Conservatorships and Powers of Attorney: A Plain English Guide to Helping the Elderly Client** - Center Public Representation; **Paperback**

$374.98

Condition: Used - Very Good
Only 1 left in stock.

Amazon.com Shopping Cart
Case 3:13-cv-00436-SI   Document 6-3   Filed 04/15/13   Page 4 of 12

Shipped from: **mygrandmasgoodies**
Gift options not available (Learn more)
Delete · Save for later

Items 1-10 | 11-20 | 21-30 | 31-40 | 41-48         Subtotal: **$2,687.15**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## Customers Who Bought Items in Your Cart Also Bought          Page 1 of 4







Black's Law Dictionary, Standard…
› Michael J. Connolly
(40)
Hardcover
**$71.63**


Garner's Dictionary of Legal Usage
› Bryan A. Garner
(18)
Hardcover
**$42.84**

The Bluebook: A Uniform System…
Harvard Law Review
(43)
Spiral-bound

## Your Recent History (What's this?)

**Recently Viewed Items**   |   **Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought           Page 1 of 13

 Drafting legal documents in…
Barbara J. Steadman
**Hardcover**

 How to Comply With Federal…
Sheldon I. London
**Paperback**

 Pensions Law in Plain English:…
Xenia Frostick
**Paperback**

 Effective Lawyering: A…
Austen L. Parrish
**Paperback**


The Elements of Legal Style
› Bryan A. Garner
(20)
Hardcover
**$18.33** Prime
Fix this recommendation


The Redbook: A Manual on Legal...
› Bryan A. Garner
(19)
Spiral-bound
Fix this recommendation



› View and Edit Your Browsing History

| Get to Know Us | Make Money with Us | Let Us Help You |
|---|---|---|
| Careers | Sell on Amazon | Your Account |
| Investor Relations | Become an Affiliate | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Returns Are Easy |
| Amazon in the Community | › See all | Manage Your Kindle |
| | | Help |

```
EXHIBIT C
Page 3 of 11
```

**amazon** Join Prime

Your Amazon.com | Today's Deals | Gift Cards | Help

Spring Outlet Event
Overstock, markdowns, and more ›Shop now

Shop by Department ▼ | Search | All ▼ | | Hello, **Sign in** Your Account ▼ | Join Prime ▼ | **48** Cart ▼ | Wish List ▼

Your cart is eligible for a financing offer
**No Interest for 12 Months** if paid in full within 12 Months on any purchase totaling $599 or more with the **Amazon.com Store Card**.

Interest will be charged to your account from the purchase date if the promotional balance is not paid in full within 12 months. Subject to credit approval. Minimum monthly payments required.

[Sign up now]

✓ Part of your order qualifies for FREE Super Saver Shipping. **What qualifies** Choose this option at checkout.

Subtotal (48 items): **$2,687.15**
This order contains a gift

[Proceed to Checkout]

1-Click ordering is not available for at least one item in your order.

## Shopping Cart

Items to buy now | Price | Quantity



**Surviving Family Conflict and Divorce: A Plain English Guide to the Legal Issues** - Word4Word; **Paperback**
Condition: Used - Very Good
Only 1 left in stock.
Shipped from: mygrandmasgoodies
Gift options not available (Learn more)
Delete · Save for later
$374.98



**Rough Deal: A Plain English Guide to Drug Laws in Nsw** - Steve Bolt; **Paperback**
Condition: Used - Very Good
Only 1 left in stock.
Shipped from: Livrenoir
Gift options not available (Learn more)
Delete · Save for later
$43.03



**O'Connor's Texas Rules: Civil Trials 2004 (Texas Pre-trial, Trial, and Post-trial Procedure Explained in Plain English)** - Michol O'Connor; **Paperback**
Only 1 left in stock.
Shipped from: abbeypooh
Gift options not available (Learn more)
Delete · Save for later
$45.00



**Employees' Rights in Plain English** - Joel D. Joseph; **Hardcover**
Condition: Used - Good
Only 1 left in stock.
Shipped from: Full Paper Jacket
Gift options not available (Learn more)
Delete · Save for later
$5.03
You save: $10.92 ( 68%)

**Freight Claims in Plain English Volume Two Third Edition** - William J. And
$70.00

EXHIBIT C
Page 4 of 11

http://www.amazon.com/gp/cart/view.html?ref=ox_page_ac_2?ie=UTF8&dc=df&page=1&type=active[4/9/2013 1:49:31 PM]


George Carl Pezold Augello; **Hardcover**

Condition: Used - Very Good
**Only 1 left in stock.**
Shipped from: ready readers
Gift options not available (Learn more)
Delete  ·  Save for later


**Plain English for Lawyers (5th Edition) [Paperback]** - Richard C. Wydick (Author); **Unknown Binding**              **$15.21**

Condition: Used - Very Good
**Only 1 left in stock.**
Shipped from: AZ_Fulfillment
Gift options not available (Learn more)
Delete  ·  Save for later


**plain English legal writing tutorial: Text and Exercises (Paperback)** - MEI ) JIA NA; **Paperback**              **$87.64**

**Only 3 left in stock.**
Shipped from: LoveChinaBook
Gift options not available (Learn more)
Delete  ·  Save for later


**Plain English Guide to the Clean Air Act** - Myra Karstadt; **Paperback**              **$17.00**

Condition: Used - Very Good
**Only 1 left in stock.**
Shipped from: quality7
Gift options not available (Learn more)
Delete  ·  Save for later


**Legal Agreements in Plain English** - Joel D. Joseph; **Paperback**              **$3.99**
You save: $5.96 ( 60%)

Condition: Used - Good
**Only 1 left in stock.**
Eligible for FREE Super Saver Shipping
   This will be a gift (Learn more)
Delete  ·  Save for later

**Tax shelters in plain English** - Robert Daniel Fierro; **Unknown Binding**              **$72.86**

Condition: Used - Good
**Only 1 left in stock.**
Eligible for FREE Super Saver Shipping
   This will be a gift (Learn more)
Delete  ·  Save for later

---

Items  1-10  |  11-20  |  21-30  |  31-40  |  41-48                                    Subtotal: **$2,687.15**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

EXHIBIT C
Page 5 of 11

Amazon.com Shopping Cart





**Shop by Department** | Search: All | Your Amazon.com | Today's Deals | Gift Cards | Help | Hello. **Sign in** Your Account | Join **Prime** | **48** Cart | Wish List



Your cart is eligible for a financing offer

**No Interest for 12 Months** if paid in full within 12 Months on any purchase totaling $599 or more with the **Amazon.com Store Card**.

Interest will be charged to your account from the purchase date if the promotional balance is not paid in full within 12 months. Subject to credit approval. Minimum monthly payments required.

[Sign up now]

✓ Part of your order qualifies for FREE Super Saver Shipping. **What qualifies** Choose this option at checkout.

Subtotal (48 items): **$2,687.15**
This order contains a gift

[Proceed to Checkout]

1-Click ordering is not available for at least one item in your order.

## Shopping Cart

Items to buy now | Price | Quantity



**National Labor Relations Board: NLRB Style Manual: A Guide for Legal Writing in Plain English** - United States Government; **Paperback**
In Stock
Eligible for FREE Super Saver Shipping
This will be a gift (Learn more)
Delete · Save for later
**$25.99**



**Contracts in Plain English** - Richard Wincor; **Hardcover**
Condition: Used - Good
Only 1 left in stock.
Shipped from: super-fly-books
Gift options not available (Learn more)
Delete · Save for later
**$0.01**



**Grades, Report Cards, Etc. ... and the Law (Revised 2008 Edition) : Legal Requirements That Educators, Parents, and Officials Need to Know, in Plain English** - SchoolLawPro.com; **Paperback**
Condition: Used - Good
Only 5 left in stock.
Shipped from: SouthernBookhounds
Gift options not available (Learn more)
Delete · Save for later
**$12.99**



**Freight claims in plain English** - William J Augello; **Hardcover**
Condition: Used - Good
Only 1 left in stock.
Shipped from: Once Sold Tales Bookstore
Gift options not available (Learn more)
Delete · Save for later
**$185.91**

Amazon.com Shopping Cart



**Language on Trial (the Plain English Guide to Legal Writing)** - Chrissie Maher; **Paperback**    $19.36

Condition: Used - Very Good
Only 1 left in stock.
Shipped from: awesomebooksusa
Gift options not available (Learn more)
Delete  ·  Save for later



**Plain English for Lawyers: Some Guidelines on Writing and Designing Legal Documents** - Richard Thomas; **Paperback**    $53.09

Condition: Used - Good
Only 1 left in stock.
Eligible for FREE Super Saver Shipping
    This will be a gift (Learn more)
Delete  ·  Save for later



**Writing Contracts in Plain English** - Carl Felsenfeld; **Paperback**    $38.98

Condition: Used - Good
Only 1 left in stock.
Shipped from: BOOKS-FOR-EVERYBODY
Gift options not available (Learn more)
Delete  ·  Save for later



**eDiscovery Plain & Simple: A Plain English Crash Course in e-Discovery** - Allison Brecher; **Paperback**    $57.40
You save: $41.60 ( 42%)

Only 20 left in stock.
Shipped from:  SuperBookDeals-
Gift options not available (Learn more)
Delete  ·  Save for later



**Securities disclosure in plain English** - Bryan A Garner; **Paperback**    $105.45

Condition: Used - Very Good
Only 1 left in stock.
Shipped from: alibris
Gift options not available (Learn more)
Delete  ·  Save for later



**The Minnesota Divorce Revolution: A Plain English Explanation of Minnesota Divorce Law** - Jeanette A. Frederickson; **Paperback**    $3.99
You save: $10.96 ( 73%)

Condition: Used - Good
Only 1 left in stock.
Eligible for FREE Super Saver Shipping
    This will be a gift (Learn more)
Delete  ·  Save for later

Items 1-10 | 11-20 | 21-30 | 31-40 | 41-48

 Join Prime

Your Amazon.com · Today's Deals · Gift Cards · Help

 Spring Outlet Event
Overstock, markdowns, and more ›Shop now

| Shop by Department | Search | All ▼ | | Hello. **Sign in** Your Account ▼ | Join Prime ▼ |  **48** Cart ▼ | Wish List ▼ |



Your cart is eligible for a financing offer
**No Interest for 12 Months** if paid in full within 12 Months on any purchase totaling $599 or more with the **Amazon.com Store Card**.

Interest will be charged to your account from the purchase date if the promotional balance is not paid in full within 12 months. Subject to credit approval. Minimum monthly payments required.

Sign up now

✓ Part of your order qualifies for FREE Super Saver Shipping. **What qualifies**
Choose this option at checkout.

Subtotal (48 items): **$2,687.15**
This order contains a gift

**Proceed to Checkout** ▶

1-Click ordering is not available for at least one item in your order.

## Shopping Cart

Items to buy now                                    Price    Quantity

---



**Introduction to Legal English: An Introduction to Legal Terminology, Reasoning, and Writing in Plain English** - Mark E. Wojcik; **Paperback**

**$283.91**

Condition: Used - Good
Only 2 left in stock.
Shipped from: textbooksnow-
Gift options not available (Learn more)
Delete  ·  Save for later

---



**Teacher's Manual for Plain English for Lawyers Fourth Edition** - Richard C. Wydick; **Paperback**

**$38.98**

Condition: Used - Like New
Only 1 left in stock.
Eligible for FREE Super Saver Shipping
This will be a gift (Learn more)
Delete  ·  Save for later

---

**How to Write Plain English: A Book for Lawyers and Consumers : With 60 Before-And-After Translations from Legalese** - Rudolf Franz Flesch; **Hardcover**

**$4.35**
You save:
$6.60 ( 60%)

Condition: Used - Acceptable
Only 1 left in stock.
Eligible for FREE Super Saver Shipping
This will be a gift (Learn more)
Delete  ·  Save for later

---

**A+ Style Manual For Legal Writing in Plain English (Language Learning)** -
Editors of REA; **Paperback**

**$9.95**

Only 3 left in stock (more on the way).
Eligible for FREE Super Saver Shipping
This will be a gift (Learn more)
Delete  ·  Save for later


**How the Courts Work: A Plain English Explanation of the American Legal System, Hardcover Edition** - Marilyn Englander; **Hardcover**
$39.95
Only 1 left in stock (more on the way).
Eligible for FREE Super Saver Shipping
   This will be a gift (Learn more)
Delete · Save for later


**Gun Laws of America: Every Federal Gun Law on the Books : With Plain English Summaries** - Alan Korwin; **Paperback**
$9.95
You save: $10.00 ( 50%)
Condition: Used - Very Good
Only 1 left in stock.
Shipped from: betterworldbooks_
Gift options not available (Learn more)
Delete · Save for later


**Common Legal Terms You Should Know: in plain English and Vietnamese** - Joseph Pham Xuân Vinh; **Paperback**
$15.86
In Stock
Eligible for FREE Super Saver Shipping
   This will be a gift (Learn more)
Delete · Save for later


**Understanding Oregon's Gun Laws: A Guide to Ownership in Plain English** - Kevin Starrett; **Paperback**
$10.00
Condition: Used - Good
Only 1 left in stock.
Shipped from: HPB-Seattle
Gift options not available (Learn more)
Delete · Save for later


**Procedural Due Process in Plain English** - Bradford White; **Paperback**
$12.00
Only 4 left in stock (more on the way).
Eligible for FREE Super Saver Shipping
   This will be a gift (Learn more)
Delete · Save for later


**The Simple Guide to Special Needs Estate Planning: Special Needs Estate Planning Explained in Plain English** - Jeffrey G Marsocci Esq.; **Paperback**
$7.50
In Stock
Eligible for FREE Super Saver Shipping
   This will be a gift (Learn more)
Delete · Save for later

Items 1-10 | 11-20 | 21-30 | 31-40 | 41-48        Subtotal: **$2,687.15**

EXHIBIT C
Page 9 of 11

http://www.amazon.com/gp/cart/view.html/ref=ox_page_ac_4?ie=UTF8&dc=df&page=3&type=active[4/9/2013 1:50:35 PM]

Amazon.com Shopping Cart



 Shop now

**Amazon** Join Prime

Your Amazon.com · Today's Deals · Gift Cards · Help

Shop by Department ▾   Search  [ All ▾ ]  [search box]

Hello. **Sign in** Your Account ▾ | Join Prime ▾ | 🛒 **48** Cart ▾ | Wish List ▾

---

Your cart is eligible for a financing offer
**No Interest for 12 Months** if paid in full within 12 Months on any purchase totaling $599 or more with the **Amazon.com Store Card**.

Interest will be charged to your account from the purchase date if the promotional balance is not paid in full within 12 months. Subject to credit approval. Minimum monthly payments required.

[Sign up now]

✅ Part of your order qualifies for FREE Super Saver Shipping. **What qualifies** Choose this option at checkout.

Subtotal (48 items): **$2,687.15**
This order contains a gift

[Proceed to Checkout ▶]

1-Click ordering is not available for at least one item in your order.

## Shopping Cart

**Items to buy now** — Price — Quantity



**Contractors Plain English Legal Guide**
- Quenda Behler Story; **Paperback**
Only 2 left in stock (more on the way).
Eligible for FREE Super Saver Shipping
This will be a gift (Learn more)
Delete · Save for later

**$44.55**
You save: $4.95 ( 10%)

---



**Nondisclosure Agreements: Protect Your Trade Secrets and More: The plain-English legal information & forms you need to safeguard your business interests** - Stephen Fishman; **Paperback**
Condition: Used - Good
Only 1 left in stock.
Shipped from: elistics
Gift options not available (Learn more)
Delete · Save for later

**$1.21**
You save: $38.74 ( 97%)

---

**Legal, Legislative, And Rule Drafting in Plain English (American Casebooks)** - Robert J. Martineau; **Paperback**
Only 1 left in stock.
Eligible for FREE Super Saver Shipping
This will be a gift (Learn more)
Delete · Save for later

**$34.52**
You save: $6.48 ( 16%)

---



**Takings Law in Plain English** - Christopher Duerkson; **Paperback**
Only 2 left in stock (more on the way).
Eligible for FREE Super Saver Shipping
This will be a gift (Learn more)
Delete · Save for later

**$10.00**

---

**Nolo's Plain-English Law Dictionary** -

**$19.89**

EXHIBIT C
Page 10 of 11

http://www.amazon.com/gp/cart/view.html/ref=ox_page_ac_5?ie=UTF8&dc=df&page=4&type=active[4/9/2013 1:51:19 PM]



Gerald Hill; **Paperback**
Only 13 left in stock (more on the way).
Eligible for FREE Super Saver Shipping
This will be a gift (Learn more)
Delete · Save for later

You save: $10.10 ( 34%)

**Legal Writing in Plain English: A Text With Exercises** - Bryan A. Garner; **Paperback**
In Stock
Eligible for FREE Super Saver Shipping
This will be a gift (Learn more)
Delete · Save for later

**$12.19**
You save: $5.81 ( 32%)



**Plain English for Drafting Statutes and Rules** - Robert J. Martineau; **Paperback**
Usually ships in 7 to 10 days
Eligible for FREE Super Saver Shipping
This will be a gift (Learn more)
Delete · Save for later

**$45.00**
You save: $5.00 ( 10%)

**Plain English for Lawyers (5th Edition)** - Richard C. Wydick; **Paperback**
In Stock
Eligible for FREE Super Saver Shipping
This will be a gift (Learn more)
Delete · Save for later

**$14.13**
You save: $5.87 ( 29%)

Items 1-10 | 11-20 | 21-30 | 31-40 | 41-48

Subtotal: **$2,687.15**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

**Customers Who Bought Items in Your Cart Also Bought**    Page 1 of 4

    

The Bluebook: A Uniform System…
› Harvard Law Review
★★★★☆ (43)
Spiral-bound
See all buying options

The Redbook: A Manual on Legal…
› Bryan A. Garner
★★★★☆ (19)
Spiral-bound
See all buying options

The Winning Brief: 100 Tips for…
› Bryan A. Garner
★★★★☆ (24)
Hardcover
$34.30
Add to Cart

**Your Recent History** (What's this?)

EXHIBIT C
Page 11 of 11

http://www.amazon.com/gp/cart/view.html?ref=ox_page_ac_5?ie=UTF8&dc=df&page=4&type=active[4/9/2013 1:51:19 PM]