# EXHIBIT E



# The Law (In Plain English)® for Small Business

## Second Edition

Expert guidance that includes:
- ✓ Organizing Your Business
- ✓ Developing a Business Plan
- ✓ Financing a New Business
- ✓ Working with Contracts
- ✓ Hiring Employees
- ✓ Keeping Taxes Low

**Leonard D. DuBoff**
Attorney at Law








# The Law (In Plain English)® for Restaurants
### and Others in the Food Industry

- Develop a Business Plan
- Finance a New Restaurant
- Choose the Right Location
- Hire Employees
- Protect Recipes
- Keep Taxes Low

Leonard D. DuBoff
Attorney at Law