Klaus H. Hamm, OSB No. 091730
klaus.hamm@klarquist.com
KLARQUIST SPARKMAN, LLP
121 SW Salmon Street, Suite 1600
Portland, OR  97204
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

Katherine W. Schill, WSB No. 1025887 (*pro hac vice*)
kwschill@michaelbest.com
Melanie J. Reichenberger, WSB No. 1061510 (*pro hac vice*)
mjreichenberger@michaelbest.com
MICHAEL BEST & FRIEDRICH, LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI  53202
Telephone:  (414) 223-2527
Facsimile:  (414) 277-0656

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LEONARD D. DUBOFF**, an individual, | Case No. 3:13-cv-00436-SI |
| Plaintiff, | |
| v. | STIPULATED PROPOSED SCHEDULE |
| **THE UNIVERSITY OF CHICAGO**, an Illinois not-for profit corporation; **LAWPROSE, INC**., a Texas corporation; and **BRYAN A. GARNER**, an individual; | |
| Defendants. | |

In follow-up to the Court's telephonic scheduling conference held on May 23, 2013, the parties propose the following case schedule.

Page 1 - STIPULATED PROPOSED SCHEDULE

| Event | Proposed Dates |
|---|---|
| Deadline for Initial Disclosures Pursuant to Rule 26(a)(1) | N/A (parties agree to waive) |
| Deadline to confer as to whether ADR would be beneficial pursuant to LR 16-4(c) | June 6, 2013 |
| Deadline to Amend Pleadings without Leave of Court | June 28, 2013 |
| Deadline to file Joint ADR Report, requesting or declining ADR, pursuant to LR 16-4(d) | June 28, 2013 |
| Close of Fact Discovery on Liability Issues | September 13, 2013 |
| Disclosure of Liability Expert Reports by party bearing burden of proof on issue(s) addressed in report | October 11, 2013 |
| Disclosure of Rebuttal Liability Expert Reports | November 15, 2013 |
| Deadline for Filing Dispositive Motions | December 18, 2013 |
| Deadline for Filing Responses to Dispositive Motions (21 days after service of motion) | January 8, 2014 |
| Deadline for Filing Replies on Dispositive Motions (14 days after service of response) | January 22, 2014 |
| Opening of All Damages Discovery | February 21, 2014 |
| Disclosure of Damages Expert Reports by party bearing burden of proof | April 18, 2014 |
| Disclosure of Rebuttal Damages Expert Reports | May 16, 2014 |
| Close of Damages Discovery | June 10, 2014 |
| File Joint Proposed Pretrial Order pursuant to LR 16-5 | June 24, 2014 |
| Deadline for all Rule 26 Pretrial Disclosures and motions in limine | June 24, 2014 |
| Deadline for all Rule 26 Pretrial Objections and responses to motions in limine | July 1, 2014 |
| Final pretrial conference | July 15, 2014 |

| Event | Proposed Dates |
|:---:|:---:|
| Jury Trial | July 22 - 24, 2014 |

Dated this 30th day of May, 2013.

                KLARQUIST SPARKMAN, LLP

                s/Klaus H. Hamm
                Klaus H. Hamm, OSB No. 091730
                klaus.hamm@klarquist.com
                KLARQUIST SPARKMAN, LLP
                121 SW Salmon Street, Suite 1600
                Portland, OR  97204
                Telephone:  (503) 595-5300
                Facsimile:  (503) 595-5301

                Katherine W. Schill, WSB No. 1025887
                kwschill@michaelbest.com
                Melanie J. Reichenberger, WSB No. 1061510
                mjreichenberger@michaelbest.com
                MICHAEL BEST & FRIEDRICH, LLP
                100 East Wisconsin Avenue, Suite 3300
                Milwaukee, WI  53202
                Telephone:  (414) 223-2527
                Facsimile:  (414) 277-0656

                Attorneys for Defendants


                MCNAMER AND COMPANY P.C.

                s/Anthony E. McNamer
                Anthony E. McNamer, OSB No. 00138
                anthony@mcnamerlaw.com
                Deborah E. Gumm, OSB No. 040646
                deborah@mcnamerlaw.com
                MCNAMER AND COMPANY P.C.
                1400 SW Fifth Ave, Suite 300
                Portland, OR  97201
                Telephone:  (503) 727-2500
                Facsimile:  (503) 727-2501

                Attorneys for Plaintiff