UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

[Plaintiff], LEONARD D. DUBOFF,
_____

                Plaintiff(s),       Civil No: 3:13-CV-00436-SI

vs.

[Defendant], THE UNIVERSITY OF CHICAGO, LAWPROSE, INC., and BRYAN A. GARNER,
                Defendant(s).

JOINT ALTERNATE DISPUTE RESOLUTION REPORT

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?
☐ Yes    ☑ No

If not, provide an explanation:

The parties have discussed a framework for settlement discussions, and determined that it would be most productive to engage in substantive discussions pursuant to the Court's ADR procedures.

2. The parties propose: (*check one of the following*)

☐ (a)  That this case be referred to a neutral of their choice for ADR not sponsored by the court pursuant to LR 16-4(e)(1).

☐ (b)  That the court refer this case to mediation using a Court-sponsored mediator or staff mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

_____
_____
_____

☐ (c)    ADR may be helpful at a later date following completion of:

_____

_____

■ (d)    The parties believe the court would be of assistance in preparing for ADR by:

Pursuant to LR 16-4(e)(2), the parties request that the Court assign a settlement judge for a mediation on

July 12, 2013, when representatives with settlement authority for both sides, and their counsel, will be available.

☐ (e)    The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f)    Other:

_____

_____

_____


DATED: June 10, 2013                    By:    /s/ Anthony E. McNamer
                                                Plaintiff's Attorney


                                        By:    /s/ Klaus H. Hamm
                                                Defendant's Attorney