AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313–1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. 1116, you are hereby advised that a court action has been filed in the U.S. District Court for the District of Oregon on the following

☑ Trademarks or ☐ Patents ( ☐ the patent action involves 35 U.S.C. § 292):

| DOCKET NO.<br>3:13–cv–00436–SI | DATE FILED<br>3/14/2013 | U.S. DISTRICT COURT<br>District of Oregon | |
|---|---|---|---|
| PLAINTIFF<br>Leonard D. Duboff | | DEFENDANT<br>University of Chicago | |
| **PATENT OR<br>TRADEMARK NO.** | **DATE OF PATENT<br>OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** | |
| 1  1,625,132 | 12/30/2008 | DuBoff | |
| 2  1,402,649 | 7/22/1986 | Duboff | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above–entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br><br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| **PATENT OR<br>TRADEMARK NO.** | **DATE OF PATENT<br>OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above–entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT<br>Stipulation of Dismissal with Prejudice filed 9/17/2013 |
|---|

| CLERK<br>MARY L. MORAN | (BY) DEPUTY CLERK<br>M. Austad | DATE<br>9/24/2013 |
|---|---|---|

**Copy 1 Upon initiation of action, mail this copy to Director Copy 3 Upon termination of action, mail this copy to Director**
**Copy 2 Upon filing document adding patent(s), mail this copy to Director Copy 4 Case file copy**